**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000800**
**30-APR-2020**
**10:05 AM**

NO. CAAP-19-0000800


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


YOLANDA NUNEZ, Plaintiff-Appellant, v.
RICHARD MCGOUGH, et al., Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-619(KKH))


<u>ORDER APPROVING STIPULATION TO DISMISS APPEAL</u>
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation**), filed April 14, 2020, by Defendants-Appellees Richard McGough and Polani, Inc., the papers in support, and the record, it appears that (1) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (2) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; (3) the appeal was docketed after the parties filed the

Stipulation; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, April 30, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge